UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 11–3083 MK |
| | ) | |
| MICHAEL RAY GREEN, JR., | ) | |
| a/k/a MICHAEL RAY HOUSTON, JR., | ) | |
| a/k/a BIG MIKE | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Criminal Complaint and Arrest Warrant filed in this matter be unsealed as defendant has now been arrested.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

It is so ordered:

_____
E. CLIFTON KNOWLES
U.S. MAGISTRATE JUDGE